| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Perry Roshan-Zamir (CSB 161656)<br>Law Office of Perry Roshan-Zamir<br>2530 Wilshire Blvd., Third Floor<br>Santa Monica, CA 90403<br>(310) 582-1993 | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>04/27/2016<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _LK_ DEPUTY |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Laura Pierson | 2:16-cv-02880-DSF |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LAURA E. PIERSON<br><br>Debtor(s). | CASE NO.: 2:14-bk-21848-DS<br>ADVERSARY NO.: 2:14-ap-01582-DS (if applicable)<br>CHAPTER: 7 |
|---|---|
| PIERSON,<br><br>Plaintiff(s) (if applicable).<br>vs.<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, ET AL.<br><br>Defendant(s) (if applicable). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): LAURA E. PIERSON

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☒ Plaintiff
☐ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

   Order granting Defendant, National Collegiate Student Loan Trust 2007-2 and National Collegiate Student Loan Trust 2006-3's Motion for Summary Judgment

2. The date the judgment, order, or decree was entered: 04/13/2016

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Plaintiff, Laura E. Pierson

   Attorney:
   Perry Roshan-Zamir
   Law Office of Perry Roshan-Zamir
   2530 Wilshire Blvd., Third Floor
   Snta Monica, CA 90403
   (310) 582-1993

2. Party: National Collegiate Student Loan Trust 2007-2 & National Collegiate Student Loan Trust 2006-3

   Attorney:
   Damian P. Richard, Esq.
   Sessions, Fishman, Nathan & Israel, LLP
   1545 Hotel Circle South, Suite 150
   San Diego, CA 92108
   (619) 222-1243

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____          Date: 04/26/2016
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2530 Wilshire Blvd., Third Floor, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled: NOTICE OF APPEAL AND STATEMENT OF ELECTION will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/26/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Damian P Richard - drichard@sessions-law.biz
Perry Roshan-Zamir - perry@roshan-zamir.com, olivia@roshan-zamir.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 04/26/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Damian Richard, Esq.
Sessions Fishman, Nathan & Israel, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227

Wells Fargo Bank, N.A.
Agent for Service
10 E. South Temple, Suite 800
Salt Lake City, UT 84113

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/26/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Deborah J. Saltzman
Bin Outside Suite 1334

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/26/2016 | Olivia J. Palmieri | *(signed)* Olivia Palmieri |
|---|---|---|
| Date | Printed Name | Signature |